IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROBERTA SHAY )
)
v. ) NO. 1:08-0046
) JUDGE CAMPBELL
DURA AUTOMOTIVE SYSTEMS, INC. )

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 34). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED and this action is DISMISSED.

The pretrial conference set for November 30, 2009, and the trial set for December 8, 2009, are canceled. The Clerk is directed to close this file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE